JOSEPH F. SOARES-- #212995
HORSWILL, MEDEROS & SOARES
Attorneys at Law
791 North Cherry Street
Post Office Box 29
Tulare, CA  93275
Telephone:  (559)686-3861
Facsimile:  (559) 686-1514

Attorneys for Defendants
Richard Dondero, et al

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

|  |  |
|---|---|
| RACHEL LOBATO,<br><br>                    Plaintiff,<br><br>vs.<br><br>RICHARD DONDERO, Successor Trustee of the KEN DONDERO 2002 TRUST dated February 22, 2002; WILLIAM T. BROWN; JAMES D. PIDGEON; JOSE MARTINEZ dba MARISCOS PUERTO VALLARTA;<br><br>                    Defendants. | Case No.: 1:15-CV-00250-BAM<br><br>STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT BY MORE THAN 28 DAYS; ORDER<br><br><br><br>Place:   United States Courthouse<br>              2500 Tulare Street<br>              Fresno, CA 93721<br>Judge:   Barbara A. McAuliffe |

**STIPULATION RE EXTENSION OF DEADLINE TO REPLY TO COMPLAINT**

IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFF RACHEL LOBATO

("Plaintiff"), through her attorney of record, Tanya E. Moore, and RICHARD DONDERO, Successor

Trustee of the KEN DONDERO 2002 TRUST dated February 22, 2002; WILLIAM T. BROWN;

JAMES D. PIDGEON; and JOSE MARTINEZ dba MARISCOS PUERTO VALLARTA

("Defendants"), Defendants in the above-entitled case, through their attorney of record, Joseph F. Soares, that the deadline for Defendants to respond to Plaintiff's complaint be extended to April 24, 2015 for the purpose of engaging in continued settlement negotiations.  This extension of time is Defendants' first extension and does not alter the date of any event or any deadline already fixed by Court order, but does exceed twenty-eight (28) days.

Dated:  3/27/15                           MOORE LAW FIRM, P.C.

                                          By    /s/ Tanya E. Moore
                                          Tanya E. Moore, Attorney for Plaintiff

Dated:   3/27/15                          HORSWILL, MEDEROS & SOARES

                                          By:    /s/ Joseph F. Soares
                                          Joseph F. Soares, Attorney for Defendants

### **ORDER**

Pursuant to the Parties' stipulation, IT IS HEREBY ORDERED that the time for Defendants RICHARD DONDERO, Successor Trustee of the KEN DONDERO 2002 TRUST dated February 22, 2002; WILLIAM T. BROWN; JAMES D. PIDGEON; and JOSE MARTINEZ dba MARISCOS PUERTO VALLARTA, to respond to Plaintiff's complaint is extended to April 24, 2015.

Dated:    **March 30, 2015**              /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE