Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorney for Plaintiff
Rachel Lobato

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO,<br><br>    Plaintiff,<br><br>    vs.<br><br>RICHARD DONDERO, Successor Trustee of the KEN DONDERO 2002 TRUST dated February 22, 2002, et al.,<br><br>    Defendants. | No.  1:15-cv-00250-LJO-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: May 5, 2015                                    MOORE LAW FIRM, P.C.


                                                     */s/ Tanya E. Moore*
                                                     Tanya E. Moore
                                                     Attorney for Plaintiff
                                                     Rachel Lobato

**<u>ORDER</u>**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **May 6, 2015**              **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE